**FILED**
**JUL 1 3 2015**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAMUEL JAMES JACKSON,            )
                                 )
            Petitioner,           )
                                 )    Case: 1:15-cv-01099
    v.                            )    Assigned To : Unassigned
                                 )    Assign. Date : 7/13/2015
CLERK OF THE UNITED STATES       )    Description: Pro Se Gen. Civil   F Deck
DISTRICT COURT FOR THE           )
DISTRICT OF COLUMBIA,            )
                                 )
            Respondent.           )

## MEMORANDUM OPINION

This matter comes before the Court upon review of petitioner's application for leave to proceed *in forma pauperis* and *pro se* "Petition for Writ of Habeas Corpus and the Extraordinary Writs Under the All Writs Act." The application will be granted but the petition will be dismissed.

It appears that petitioner sent by Priority Mail a verified complaint to this court on or about May 29, 2015, and that the Clerk of Court returned petitioner's submission because neither the pleading nor his application to proceed *in forma pauperis* bore his original signature. The relief petitioner demands is akin to a writ of mandamus, requiring that the Clerk of Court docket his papers and "stand down in playing judge." Pet. at 4.

Review of the Court's docket reveals that, on May 29, 2015, the Clerk of Court received from petitioner a "Petition for Issuance of the Great Writ of Habeas Corpus and [All Writs] Declaratory, Injunctive Relief" and that the matter was dismissed without prejudice on June 22, 2015. *See Jackson v. United States of America*, No. 15-cv-0976 (D.D.C. June 22, 2015).

Accordingly, the Court will deny the instant petition and dismiss this case as moot. An Order is issued separately.

_____
United States District Judge

DATE:
7/9/15